Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3784 | **DATE** | 8/5/2010 |
| **CASE TITLE** | Gary S Olsen vs. CVS Caremark Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Nancy Rafuse's, James Swartz, Jr's, and Kristy Offitt's motions for leave to appear pro hac vice for Defendant [14], [15], [16] are granted.  Initial status hearing set for 08/17/10 at 9:00 a.m.  to stand.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|